**Gabriel Salgado FUENTES, Petitioner,**

v.

**IMMIGRATION AND NATURALIZA-TION SERVICE, Respondent.**

**No. 83–7662.**

United States Court of Appeals,
Ninth Circuit.

Dec. 23, 1985.

Teresa Bright, Redwood City, Cal., for petitioner.

Dept. of Justice, Marshall Tamor Golding, Washington, D.C., for respondent.

Before BROWNING, Chief Judge, GOODWIN, WALLACE, SNEED, KENNEDY, ANDERSON, HUG, TANG, SKOPIL, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, FERGUSON, NELSON, CANBY, BOOCHEVER, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, and BRUNETTI.

ORDER

Upon a vote of a majority of the regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Rule 25 of the Rules of the United States Court of Appeals for the Ninth Circuit. The previous three-judge panel assignment is withdrawn. 765 F.2d 886.

* The panel unanimously finds this case suitable for decision without oral argument. Fed.R. App.P. 34(a) and Ninth Circuit Rule 3(f).

**Roosevelt TURNER, Plaintiff-Appellant,**

v.

**Vernon HOUSEWRIGHT, et al.,
Defendants-Appellees.**

**No. 85–1608.**

United States Court of Appeals,
Ninth Circuit.

Submitted * Nov. 14, 1985.

Decided Dec. 26, 1985.

N. Patrick Flanagan, III, Appellate Federal Public Defender, Reno, Cal., for plaintiff-appellant.

Thomas P. Wright, Dist. Atty. Gen., Carson City, Nev., for defendants-appellees.

Before ANDERSON, and PREGERSON, Circuit Judges, and TASHIMA,** District Judge.

PER CURIAM:

Roosevelt Turner appeals from the district court's denial of his petition for writ of habeas corpus. After reviewing the record, we are satisfied that the district court's denial of habeas relief was correct. Accordingly, we affirm for the reasons stated in the district court's well-reasoned opinion. 599 F.Supp. 1358 (D.Nev.1984).

** The Honorable A. Wallace Tashima, United States District Judge, Central District of California, sitting by designation.